BOARD OF EDUCATION OF THE CITY OF UNION CITY, IN THE COUNTY OF HUDSON, A BODY CORPORATE, OF THE STATE OF NEW JERSEY AND JOSEPH D. LUGOSCH, JR., PLAINTIFFS-APPELLANTS, v. THE CITY OF UNION CITY, IN THE COUNTY OF HUDSON, A BODY CORPORATE AND POLITIC, OF THE STATE OF NEW JERSEY, HARRY M. CALANDRILLO, JR., WILLIAM J. MEEHAN, JAMES E. LAGOMARSINO, PAUL J. LOMBARDO, AND FRANK X. CLARK, INDIVIDUALLY AND ACTING AS AN INVESTIGATING COMMITTEE TO EXAMINE ANY AND ALL OFFICIALS, OFFICERS AND EMPLOYEES OF THE CITY OF UNION CITY IN RELATION TO THE DISCHARGE OF HIS OR THEIR OFFICIAL DUTIES OR CONDUCT, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted March 7, 1972—Decided March 16, 1972.

Before Judges LABRECQUE, KOLOVSKY and ALLCORN.

Mr. *Nicholas C. Montenegro* for appellants.

Mr. *Victor P. Mullica* for respondents.

PER CURIAM. The judgment of the Law Division is affirmed substantially for the reasons set forth in the reported opinion of Judge Larner, 112 *N. J. Super.* 493. *See Board of Trustees of Free Public Library v. Union City,* 112 *N. J. Super.* 484 (Law Div. 1970), *aff'd* 116 *N. J. Super.* 186 (App. Div. 1971).